

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RODRIGUEZ,<br><br>        Petitioner,<br><br>vs.<br><br>BEN CURRY, (A) Warden,<br><br>        Respondent. | Case No. CV 08-8027-R (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: Dec. 11, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE